**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Brown v. Davol, Inc., et al.*
**Case No. 2:24-cv-975**

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 4.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Tracy Brown was appointed the personal representative of Plaintiff's estate. (ECF No. 4.) Plaintiff now moves for the substitution of Tracy Brown, as Personal Representative of the Estate of Gloria Brown, as the proper plaintiff. (*Id*.) Plaintiff's unopposed Motion to Substitute is **GRANTED**. The Clerk is directed to substitute Tracy Brown, as Personal Representative of the Estate of Gloria Brown, as Plaintiff in place of Gloria Brown.

**IT IS SO ORDERED.**

**4/24/2024**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**